# Exhibit 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Applicant,<br><br>– against –<br><br>SHAWN CARTER,<br><br>Respondent | Case No. 18-mc-182-PGG |

### [PROPOSED] ORDER TO APPEAR FOR TESTIMONY

The Securities and Exchange Commission ("Commission") has applied for an order directing Respondent Shawn Carter to show cause why he should not be ordered to appear for testimony as called for by the Commission's investigative subpoena issued to him on February 23, 2018 (the "Carter Subpoena").

The Court has considered the application filed by the Commission and the opposition filed by Respondent and finds that the Carter Subpoena is enforceable.

Accordingly,

**IT IS HEREBY ORDERED** that Respondent shall appear for testimony before the Commission as follows:

Location: _____

Date: _____

Time: _____

1

2

The testimony of Respondent shall continue for ____ hours until completed. The Commission staff may consent in writing to another location, date, or time.

SO ORDERED.

Dated: _____, 2018
       New York, New York

_____
UNITED STATES DISTRICT JUDGE