UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION

                  Applicant,

    – against –

SHAWN CARTER,

                  Respondent

Case No. 18-MISC-182

## DECLARATION OF SHAWN COREY CARTER

    1.    My name is Shawn C. Carter.  The facts stated in this declaration are within my personal knowledge.

    2.    I am a recording artist and performer, composer, and music producer.  I founded Roc Nation, LLC in 2008. Roc Nation is a full-service entertainment company that supports talent through artist management, music publishing, touring, production, strategic brand development, and more.  I am a co-owner of Tidal, a global streaming service.  I am a television and film producer.  The businesses in which I am a principal employ thousands of individuals.

    3.    I am active in community service, including through my philanthropic work with the Shawn Carter Foundation.  I have also supported and continue to support a wide array of charities including the Red Cross, United Way, Boys & Girls Clubs of America, Keep a Child Alive, Music for Relief, PlayPumps, Global Poverty Project, Artists for Peace & Justice, Broadway Cares/Equity Fights AIDS, and the GRAMMY Foundation.

    4.    Part of my job is to promote my music by going on tour and performing in concerts around the world.  I have extensive daily responsibilities when preparing for and while on tour.

    5.    In August of 2017, I was on tour overseas, and I returned to my continued tour into the fall in the United States.

    6.    From October to December 2017, I performed in a 32-date tour across North America to promote my latest album, *4:44*.  During the 4:44 Tour, I was served with a subpoena seeking my testimony by the Securities and Exchange Commission ("SEC") *In the Matter of Iconix Brand Group, Inc.*, No. HO-12747.

7.      I am currently preparing for my upcoming 45-date worldwide tour, which starts on June 6, 2018, and continues through October 4, 2018.

8.      I began rehearsals for that tour in California on April 23, 2018. Those rehearsals continue through the present. I am scheduled to go to Paris on May 16 and continue rehearsals there. Rehearsals cost millions of dollars.

9.      Over 500 people make up the production crew and bands employed on the tour.

10.     On February 23, 2018, I was served with a second subpoena by the SEC for my testimony.

11.     Giving testimony on May 11, 2018, less than three weeks before I am scheduled to begin a major global tour that will last until October 2018, will impair the work of many individuals and entities who are preparing for the tour and will hinder my own work in preparation for the tour.

12.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on [DATE], 2018, in New York, New York by

5/7/2018

_____S. C_____

Shawn C. Carter