Motion for Admission *Pro Hac Vice*

**EXHIBIT B**



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

*Stephan Jacob Schlegelmilch*

was duly qualified and admitted on **October 6, 2008** as an attorney and counselor entitled
to practice before this Court; and is, on the date indicated below, an **Active** member in
good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on April 18, 2018.

*Julio A. Castillo*

JULIO A. CASTILLO
Clerk of the Court

*Emily E. Davis*

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.