**Motion for Admission *Pro Hac Vice***

**EXHIBIT C**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                                                                   :

**SECURITIES AND EXCHANGE COMMISSION,**  :

                                        **Applicant,**                :      **No. 18-mc-182 (PPG)**

                                 – **against** –                            :

**SHAWN CARTER,**  :

                                        **Respondent.**  :

------------------------------------------------------------------------x

## DECLARATION OF STEPHAN J. SCHLEGELMILCH

      I, Stephan J. Schlegelmilch, pursuant to 28 U.S.C. § 1746, declare as follows:

      1.      I am a Supervisory Trial Attorney with the U.S. Securities and Exchange Commission.

      2.      I am licensed to practice in the State of Ohio and the District of Columbia.

      3.      My contact information is as follows:

                          Stephan J. Schlegelmilch
                U.S. Securities and Exchange Commission
                          100 F Street, N.E.
                          Washington, DC 20549
                          202.551.4935 (telephone)
                          202.772.9292 (facsimile)
                          SchlegelmilchS@SEC.gov (email)

      4.      I have never been convicted of a felony.

      5.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

      6.      There are no disciplinary proceedings presently against me.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7, 2018

*/s/ Stephan J. Schlegelmilch*

Stephan J. Schlegelmilch